USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

# ORIGINAL

In the United States District Court

for the WESTERN _____ DISTRICT OF TEXAS

3:15 CR 33-D

US DISTRICT COURT
NORTHERN DIST OF TX
FILED
2015 JAN 28 PM 4:39
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

DANIEL JOSEPH ALLYN

CRIMINAL NUMBER:

W-14-CR-272

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, DANIEL JOSEPH ALLYN, defendant, have been informed that an (*indictment*, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of Texas in which I, am held, (~~am under arrest, am held~~) and to waive trial in the above captioned District.

Dated: January 9, 2015 at _____

X _____
(Defendant)

_____
(Witness)

Michelle Tueau
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

/SASA/
United States Attorney for the
Northern _____ District of
Texas

Assistant
United States Attorney for the
Western _____ District of
Texas

# U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CRIMINAL DOCKET FOR CASE #: 6:14-cr-00272-WSS-1

| | |
|---|---|
| Case title: USA v. Allyn | Date Filed: 12/09/2014 |

Assigned to: Judge Walter S. Smith

**Defendant (1)**

**Daniel Joseph Allyn**   represented by   **Michelle Simpson Tuegel**
Hunt & Tuegel, PLLC
ALICO Building
425 Austin Ave, Suite 1202
Waco, TX 76701
(254) 753-3738
Fax: 254/753-8118
Email: michellecriminaldefense@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113A.F; BANK ROBBERY BY FORCE OR VIOLENCE; Bank Robbery (1) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA     represented by    **Gregory S. Gloff**
Assistant United States Attorney
800 Franklin
Suite 280
Waco, TX 76701
(254)750-1589
Fax: 254/750-6664
Email: Greg.Gloff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2014 | 1 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Daniel Joseph Allyn (1) count(s) 1. (ad) (Entered: 12/10/2014) |
| 12/09/2014 | 4 | Application for Writ of Habeas Corpus ad Prosequendum as to Daniel Joseph Allyn. (ad) (Entered: 12/10/2014) |
| 12/09/2014 | 5 | ORDER FOR ISSUANCE OF Writ of Habeas Corpus ad Prosequendum as to Daniel Joseph Allyn. Signed by Judge Jeffrey C. Manske. (ad) (Entered: 12/10/2014) |
| 12/10/2014 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Daniel Joseph Allyn for January 8, 2015 at 2:00 p.m. (ad) (Entered: 12/10/2014) |
| 12/11/2014 | 7 | Sealed Document filed (tb) (Entered: 12/11/2014) |
| 12/11/2014 | 8 | Clerk's Copy as to Daniel Joseph Allyn of 6 Writ of Habeas Corpus ad Prosequendum Issued (tb) (Entered: 12/11/2014) |
| 01/08/2015 | 9 | Minute Entry for proceedings held before Judge Jeffrey C. Manske: Initial Appearance as to Daniel Joseph Allyn held on 1/8/2015. (Minute entry documents are not available electronically.) Attorney Michelle Simpson Tuegel for Daniel Joseph Allyn added. (Court Reporter FTR.) (tb) (Entered: 01/08/2015) |
| 01/08/2015 | 10 | CJA 23 Financial Affidavit by Daniel Joseph Allyn (SEALED pursuant to E-Government Act of 2002). (tb) (Entered: 01/08/2015) |
| 01/08/2015 | 11 | ORDER OF DETENTION: Bond set to NO BOND as to Daniel Joseph Allyn. Signed by Judge Jeffrey C. Manske. (tb) (Entered: 01/08/2015) |
| 01/08/2015 | 12 | ORDER as to Daniel Joseph Allyn, Arraignment set for 1/15/2015 02:00 PM before Judge Jeffrey C. Manske. Signed by Judge Jeffrey C. Manske. (tb) (Entered: 01/08/2015) |
| 01/09/2015 | 13 | Waiver of personal appearance at Arraignment, plea of not guilty by Daniel Joseph Allyn (Tuegel, Michelle) (Entered: 01/09/2015) |

| | | |
|---|---|---|
| 01/09/2015 | 14 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Daniel Joseph Allyn. Signed by Judge Jeffrey C. Manske. (ad) (Entered: 01/09/2015) |
| 01/09/2015 | 15 | SCHEDULING ORDER as to Daniel Joseph Allyn (Plea Agreement due by 3/2/2015, Rearraignment set for 3/5/2015 01:00 PM before Judge Walter S. Smith, Jury Selection set for 3/16/2015 09:00AM before Judge Walter S. Smith, Jury Trial set for 3/16/2015 09:00 AM before Judge Walter S. Smith). Set Motion Hearing in case as to Daniel Joseph Allyn (Motion Hearing set for 2/18/2015 01:00 PM before Judge Walter S. Smith). Signed by Judge Walter S. Smith. (ad) (Entered: 01/09/2015) |
| 01/09/2015 | 16 | Order, sua sponte, Concerning Courtroom Decorum and Trial Procedures as to Daniel Joseph Allyn. Signed by Judge Walter S. Smith. (ad) (Entered: 01/09/2015) |
| 01/09/2015 | 17 | Clerk's Copy as to Daniel Joseph Allyn of 11 Order of Detention. (ad) (Entered: 01/09/2015) |
| 01/12/2015 | 18 | CJA 20 as to Daniel Joseph Allyn. Signed by Judge Jeffrey C. Manske. (ad) (Entered: 01/12/2015) |
| 01/20/2015 | 19 | Arrest Warrant Returned Executed on 12/18/14 as to Daniel Joseph Allyn. (ad) (Entered: 01/20/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/29/2015 11:10:59 | | | |
| **PACER Login:** | dz1071:3904097:4259697 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:14-cr-00272-WSS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

FILED
DEC 09 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. **W14CR272** |
| Plaintiff, | INDICTMENT |
| V. | [VIO: 18 U.S.C. 2113(a) – Bank Robbery] |
| DANIEL JOSEPH ALLYN, | |
| Defendant | |

THE GRAND JURY CHARGES:

On or about October 24, 2014, the Western District of Texas, Defendant,

**DANIEL JOSEPH ALLYN,**

intentionally and knowingly, by force and violence, and by intimidation, did take from the person and presence of another, to-wit, an employee of the First Convenience Bank, money, namely, United States currency, belonging to and in the care, custody, control, management, and possession of First Convenience Bank, located at 401 Coke Street, Hillsboro, Hill County, Texas, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

ROBERT PITMAN
United States Attorney

By: /s/ GREGORY S. GLOFF
Assistant United States Attorney

SEALED _____
UNSEALED \_\_X\_\_

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

**W14CR272**

DATE: \_\_12-09-2014\_\_    MAG CT. # _____    CASE NO. _____
COUNTY: \_\_HILL\_\_

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF_____

DEFENDANT: \_\_DANIEL JOSEPH ALLYN_____    DOB: [redacted]

CITIZENSHIP:     United States \_X\_    Mexican \_\_\_\_    Other _____
INTERPRETER NEEDED:  Yes \_\_\_\_    No \_X\_    Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail \_\_YES\_\_    WHERE: \_\_Dallas County Jail\_\_
                On Bond \_NO\_

PROSECUTION BY:    INFORMATION _____    INDICTMENT \_\_X\_\_

OFFENSE: (Code & Description): \_18 U.S.C. 2113(a) – Bank Robbery_____

OFFENSE IS:    FELONY \_\_X\_\_    MISDEMEANOR _____

MAXIMUM SENTENCE: \_Not more than 20 years custody; $250,000 fine; $100 special assessment; not more than 5 years TSR\_

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR

REMARKS: [redacted]